■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD T. ADDAMSON, Appellant, v. VINCENT R. MANCUSI, as Warden of Attica Prison, Respondent.— Appeal unanimously dismissed as moot. Memorandum: Upon oral argument it was stipulated that relator has been released on parole. This renders the issues moot. (See *People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648; *People ex rel. Perez* v. *Follette*, 23 N Y 2d 737.) (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus.) Present— Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK D. THOMAS, Appellant, v. VINCENT R. MANCUSI, as Warden of Attica Prison, Respondent. — Appeal unanimously dismissed as moot. Memorandum: It was stipulated upon oral argument that relator is no longer in custody. (See *People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648; *People ex rel. Perez* v. *Follette*, 23 N Y 2d 737.) (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus.) Present— Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE CLEMONS, Appellant.— Judgment unanimously reversed on the law and action remitted to Monroe County Court for a jury trial. Memorandum: As a condition for consideration as a youthful offender defendant was required to execute a waiver of the right to jury trial, pursuant to subdivision 3 of section 913-g and section 913-h of the Code of Criminal Procedure. He was then tried by the court without a jury; found guilty and sentenced to a reformatory period of imprisonment in custody of the State Department of Correction, to be dealt with according to law. Upon this appeal the District Attorney has forthrightly acknowledged that insofar as they required waiver of jury trial by the defendant in this youthful offender case, those sections are unconstitutional (see *People* v. *Sawyer*, 33 A D 2d 242; *People* v. *Jerome C.* [*Anonymous*], 32 A D 2d 840) ; and the waiver of the constitutional right to jury trial was improperly exacted (*People* v. *Sawyer, supra*). (Appeal from judgment of Monroe County Court adjudicating defendant a youthful offender.) Present— Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Bastow, JJ.